IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-02518-REB-BNB

DEAN L. JACOBS, and
MARCIELLE S. JACOBS,

Plaintiffs,

v.

OCWEN LOAN SERVICING, LLC,
OCWEN MORTGAGE SERVICING, INC.,
OCWEN FINANCIAL CORPORATION,
FEDERAL HOME LOAN MORTGAGE CORPORATION,
WAYNE E. VADEN, in his official capacity as managing partner of the Vaden Law Firm, LLC,
WAYNE E. VADEN, in his individual capacity,
ROBERT LILJANDER, KELLER WILLIAMS REALTY, INC., in his official capacity,
ROBERT LILJANDER, in his individual capacity,
RICHARD E. PETTITT, in his official capacity, as Elbert County Public Trustee,
LAWRENCE E. CASTLE, in his official capacity, as managing partner of CASTLE LAW GROUP, LLC, f/k/a Castle Stawiarski, LLC,
LAWRENCE E. CASTLE, in his individual capacity,
YVONNE G. SMITH, in her individual capacity,
GORDON D. SMITH, in his individual capacity,
MORTGAGE ELECTRONIC REGITRATION SYSTEM ('MERS"),
MERSCORP HOLDINGS, INC., parent company of MERS, and
DOES 1-1000,

Defendants.
_____

**ORDER**
_____

By separate order, I struck the plaintiffs' Complaint and ordered the plaintiffs to file an amended complaint [Doc. #18]. In the meantime, however, the defendants filed motions to extend time to respond and motions to dismiss addressed to the now-stricken Complaint.

IT IS ORDERED:

(1)  **The Ocwen Defendants' Motion for Extension of Time to Respond to Plaintiffs' Verified Complaint** [Doc. #8, filed 10/03/2013] is DENIED AS MOOT;

(2)  The **Motion for Extension of Time to Respond to Plaintiffs' Verified Complaint on Behalf of Defendants Robert Liljander and Keller Williams Realty, Inc.** [Doc. #10, filed 10/04/2013] is DENIED AS MOOT;

(3)  The **Motion for Leave to File Motion in Excess of the Standard Page Limits Pursuant to REB Civ. Practice Standard IV.B.1** [Doc. #13, filed 10/08/2013] is DENIED AS MOOT;

(4)  **Defendant Castle Law Group, LLC & Lawrence E. Castle's Motion to Dismiss Plaintiffs' Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6)** [Doc. #14, filed 10/08/2013] is DENIED WITHOUT PREJUDICE; and

(5)  The **Motion to Dismiss** filed by defendants Yvonne Smith and Gordon Smith [Doc. #16, filed 10/08/2013] is DENIED WITHOUT PREJUDICE.

Dated October 10, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge