IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02518-REB-BNB

DEAN L. JACOBS, and
MARCIELLE S. JACOBS,

Plaintiffs,

v.

OCWEN LOAN SERVICING, LLC,
FEDERAL HOME LOAN MORTGAGE CORPORATION,
VADEN LAW FIRM, LLC,
LAWRENCE E. CASTLE, in his individual capacity,
MEGASTAR FINANCIAL CORP.,
YVONNE G. SMITH,
GORDON D. SMITH,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. "MERS",
MERSCORP HOLDINGS, INC.,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Withdraw Defendant Vaden Law Firm, LLC's Motion for Leave to File Motion in Excess of Page Limits** [docket no. 38, filed November 13, 2013] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. The motion docketed as #35, **Defendant Vaden Law Firm, LLC's Motion for Leave to File Motion in Excess of Page Limits** is DENIED AS WITHDRAWN.

DATED: November 13, 2013