**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  13-cv-02518-REB-BNB

DEAN L. JACOBS and
MARCIELLE S. JACOBS,

      Plaintiffs,

v.

OCWEN LOAN SERVICING, LLC,
FEDERAL HOME LOAN MORTGAGE CORPORATION,
VADEN LAW FIRM, LLC,
LAWRENCE E. CASTLE, in his individual capacity,
MEGASTAR FINANCIAL CORP.,
YVONNE G. SMITH,
GORDON D. SMITH,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. "MERS",
MERSCORP HOLDINGS, INC.,

      Defendants.

---

**MINUTE ORDER**[1]

---

The matter is before the court on **The Ocwen Defendants' Motion for Leave to File Motion to Dismiss In Excess of Page Limitations Set Forth in Reb Civ. Practice Standard IV.B.1** [#66] filed December 12, 2013.  This motion is granted.

**IT IS ORDERED** as follows:

The Ocwen Defendants' Motion for Leave to File Motion to Dismiss In Excess of Page Limitations Set Forth in Reb Civ. Practice Standard IV.B.1 [#66] is **GRANTED**. The Ocwen Defendants' Motion to Dismiss Plaintiffs' Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) [#67] is **accepted** for filing.

Dated: December 17, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.