**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02518-REB-BNB

DEAN L. JACOBS, AND
MARCIELLE S. JACOBS,

     Plaintiff,

v.

OCWEN LOAN SERVICING, LLC,
FEDERAL HOME LOAN MORTGAGE CORPORATION,
VADEN LAW FIRM, LLC,
LAWRENCE E. CASTLE, IN HIS INDIVIDUAL CAPACITY,
MEGASTAR FINANCIAL CORP.,
YVONNE G. SMITH,
GORDON D. SMITH,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. "MERS",
MERSCORP HOLDINGS, INC.,

     Defendant.

---

## FINAL JUDGMENT

---

     In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

     Pursuant to the order adopting recommendations of United States Magistrate Judge, by Judge Robert E. Blackburn entered on 8/7/2014 it is

ORDERED that judgment shall enter in favor of the defendants and against plaintiffs.

     The defendant is **AWARDED** costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 8th day of August, 2014.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

        By:  s/   T.Lee
                T.Lee
                Deputy Clerk